1

2 **UNITED STATES DISTRICT COURT**

3 **NORTHERN DISTRICT OF CALIFORNIA**

4 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 5    UNITED STATES OF AMERICA, *ex rel.* JAHR, *et al.*, | **[PROPOSED] AMENDED STIPULATED PROTECTIVE ORDER** |
| 6 | **(Civ. L.R. 7-12)** |
|          Plaintiff, | |
| 7 | **Assigned to Hon. Judge James Donato** |
|    v. | |
| 8 | Case No. 3:13-cv-03835-JD; 3:16-cv-1106-JD; |
|    TETRA TECH EC, INC., *et al*, | 3:16-cv-1107-JD |
| 9 | |
|          Defendants. | |
| 10    UNITED STATES OF AMERICA, *ex rel.* MCLAUGHLIN, | |
| 11 | Case No. 3:14-cv-01509-JD |
|          Plaintiffs, | |
| 12 | |
|    v. | |
| 13 | |
|    SHAW ENVIRONMENTAL & INFRASTRUCTURE, INC., et al, | |
| 14 | |
| 15          Defendants. | |
|    LINDA PARKER PENNINGTON, et al., | |
| 16 | |
|          Plaintiffs, | Case No. 3:18-cv-05330-JD |
| 17 | |
|    v. | |
| 18 | |
|    TETRA TECH EC, INC., *et al*, | |
| 19 | |
|          Defendants. | |
| 20    BAYVIEW HUNTERS POINT RESIDENTS, *et al.*, | |
| 21 | Case No. 3:19-cv-01417-JD |
|          Plaintiffs, | |
| 22 | |
|    v. | |
| 23 | |
|    TETRA TECH EC, INC., *et al*, | |
| 24 | |
|          Defendants. | |
| 25    KEVIN ABBEY, *et al.*, | |
| 26 | Case No. 3:19-cv-7510-JD |
|          Plaintiffs, | |
| 27 | |
|    v. | |
| 28    TETRA TECH EC, INC., *et al.*, | |

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER
3:13-CV-03835 JD

| | |
|---|---|
| Defendants. | |
| KEVIN ABBEY, *et al.*, | Case No. 3:20-cv-06443-JD |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |
| CPHP DEVELOPMENT, LP, *et al.*, | Case No. 3:20-cv-1485-JD |
| Plaintiffs, | |
| v. | |
| TETRA TECH EC, INC., *et al.*, | |
| Defendants. | |
| FIVE POINT HOLDINGS, LLP, *et al.*, | Case No. 3:20-cv-1480-JD |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |
| FIVE POINT HOLDINGS, LLP, *et al.*, | Case No. 3:20-cv-1481-JD |
| Plaintiffs, | |
| v. | |
| TETRA TECH EC, INC., *et al.*, | |
| Defendants. | |
| TETRA TECH EC, INC., | Case No. 3:19-cv-04704-JD |
| Plaintiff, | |
| v. | |
| CH2M HILL, INC., *et al.*, | |
| Defendants. | |

1    Pursuant to Civil Local Rule 7-12, the parties in the following cases hereby stipulate to entry of

2    this [Proposed] Stipulated Amended Order: *US ex rel. Arthur R. Jahr, III, et al. v. Tetra Tech EC, Inc.,*

3    *et al.*, Case No. C 13-3835 JD ("*Jahr*")*; US ex rel. Donald K. Wadsworth, et al. v. Tetra Tech EC, Inc.,*

4    *et al.*, Case No. C 16-1107 JD ("*Wadsworth*")*; US ex rel. Anthony Smith v. Tetra Tech EC, Inc., et al.*,

5    Case No. C 16-1106 JD ("*Smith*"); *US ex rel. McLaughlin v. Shaw Environment and Infrastructure, Inc.,*

6    *et al.*, Case No. 14-1509 JD ("*McLaughlin*"); *Linda Parker Pennington v. Tetra Tech, Inc., et al.*, Case

7    No. 18-5330 JD ("*Pennington*"); *Bayview Hunters Point Residents, et al. v. Tetra Tech Inc., et al.*, Case

8    No. 19-1417 JD ("*Bayview Hunters Point Residents*"); *Kevin Abbey v. Tetra Tech EC, Inc., et al.*, Case

9    No. 19-7510 JD and *Kevin Abbey v. United States.*, Case No. 20-6443 JD ("*Abbey.*"); *Five Point*

10   *Holdings, LLC, et al. v. United States*, Case No. 3:20-cv-1480 and *Five Point Holdings, LLC et al. v.*

11   *Tetra Tech, Inc., et al.*, Case No. 3:20-cv-01481 ("*Five Point*"); *CPHP Development, LP, et al. v. Tetra*

12   *Tech, Inc., et al.*, Case No. 3:20-cv-01485 ("*CPHP*"); and *Tetra Tech EC. Inc. v CH2M Hill, Inc.*, Case

13   No. 3:19-cv-4704 ("*CH2M Hill*")_ (collectively, the "Actions").

1

2      DATED:  January 27, 2023                    COTCHETT, PITRE & McCARTHY, LLP

3                                                  By:    _/s/ Anne Marie Murphy_____

4                                                         JOSEPH W. COTCHETT (SBN 36324)
                                                          ANNE MARIE MURPHY (SBN 202540)
5                                                         DONALD J. MAGILLIGAN (SBN 257714)
                                                          Attorneys for PENNINGTON PLAINTIFFS
6

7
        DATED:  January 27, 2023                    WALKUP, MELODIA, KELLY AND
8                                                   SCHOENBERGER

9                                                  By:    _/s/ Clifton Smoot_____
                                                          KHALDOUN A. BAGHADI (SBN 190111)
10                                                        SARA M. PETERS (SBN 260610)
                                                          JADE SMITH-WILLIAMS (SBN 318915)
11                                                        CLIFTON SMOOT (SBN 305728)
                                                          Attorneys for PLAINTIFFS KEVIN ABBEY, ET AL.
12

13

14      DATED:  January 27, 2023                    BONNER & BONNER

15                                                 By: _/s/ A. Cabral Bonner_____
                                                          CHARLES A. BONNER (SBN 85413)
16                                                        A. CABRAL BONNER (SBN 247528)
                                                          Attorneys for PLAINTIFFS BAYVIEW HUNTERS
17                                                        POINT RESIDENTS

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

2

1    DATED:  January 27, 2023                    LAW OFFICE OF DAVID ANTON

2

3                                       By:      /s/ David C. Anton
                                              DAVID C. ANTON (SBN 95852)
4                                             Attorneys for RELATORS

5

6    DATED:  January 27, 2023                    O'MELVENY & MYERS LLP

7                                       By:      /s/ Madhu R. Pocha
                                              DANIEL M. PETROCELLI (SBN 97802)
8                                             DAVID J. MARROSO (SBN 211655)
                                              GEOFFREY H. YOST (SBN 159687)
9                                             MADHU R. POCHA (SBN 260997)
                                              Attorneys for LENNAR CORP.; HPS
10                                            DEVELOPMENT CO., L.P.; HPS1 BLOCK 50 LLC;
                                              HPS1 BLOCK 51 LLC; HPS1 BLOCK 53 LLC; AND
11                                            HPS1 BLOCK 54 LLC

12

13   DATED:  January 27, 2023                    ALSTON & BIRD

14
                                        By:      /s/ Jeffrey D. Dintzer
15                                            JEFFREY D. DINTZER (SBN 139056)
                                              MATTHEW C. WICKERSHAM (SBN 241733)
16                                            Attorneys for FIVE POINT HOLDINGS, LLC, CP
                                              DEVELOPMENT CO., LLC, AND EMILE
17                                            HADDAD

18

19   DATED:  January 27, 2023                    LAW OFFICES OF RICHARD M. STEINGARD

20
                                        By:      /s/ Richard M. Steingard
21                                            RICHARD M. STEINGARD (SBN 106374)
                                              Attorneys for DEFENDANT BILL DOUGHERTY

22

23

24

25

26

27

28

1

2
DATED:  January 27, 2023                    WILMERHALE LLP

3
                                            By:    /s/ Christopher A. Rheinheimer
                                            _____
4                                           DAVINA PUJARI
                                            CHRISTOPHER A. RHEINHEIMER
5                                           CHRISTOPHER T. CASAMASSIMA
                                            SAMUEL C. LEIFER
6                                           GEMMA BATEMAN
                                            Attorneys for TETRA TECH, INC., TETRA TECH
7                                           EC, INC., ANDREW BOLT, DAN L. BATRACK,
                                            and STEVEN M. BURDICK
8

9
DATED:  January 27, 2023                    BRADLEY ARANT BOULT CUMMINGS LLP
10
                                            By:    /s/ Lyndsay E. Medlin
11                                          _____
                                            KIMBERLY B. MARTIN (pro hac vice)
12                                          KIMBERLY M. INGRAM (SBN 305497)
                                            LYNDSAY E. MEDLIN (pro hac vice)
13                                          Attorneys for DEFENDANTS SHAW
                                            ENVIRONMENTAL & INFRASTRUCTURE, INC.,
14                                          CHICAGO BRIDGE & IRON COMPANY N.V.,
                                            APTIM CORPORATION, AND APTIM FEDERAL
15                                          SERVICES, LLC
16

17
DATED: January 27, 2023                     BORDIN SEMMER LLP
18
                                            By: /s/ Bryan C. Swaim
                                            _____
19                                          BRYAN C. SWAIM, SBN 289729
                                            bswaim@bordinsemmer.com
20                                          Attorneys for DEFENDANTS RADIOLOGICAL
                                            SURVEY & REMEDIATION SERVICES, LLC,
21                                          DARYL DELONG, AND BRIAN HENDERSON

22

23

24

25

26

27

28

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

1   DATED: January 27, 2023                         TROPEA MCMILLAN, LLP

2                                           By:      /s/ Santino M. Tropea

3                                               SANTINO M. TROPEA (SBN 249215)
                                                Attorneys for DEFENDANT IO ENVIRONMENTAL
4                                               & INFRASTRUCTURE, INC.

5

6

7

8

9   DATED: January 27, 2023                         STEPHANIE M. HINDS (SBN 154284)
                                                    United States Attorney
10

11                                          By:      /s/ Robert Chandler

12                                              MICHAEL T. PYLE (SBN 172954)
                                                SAVITH IYENGAR
13                                              Assistant United States Attorneys
                                                450 Golden Gate Avenue
14                                              Ninth Floor, Box 36055
                                                San Francisco, CA 94102
15                                              Tel: (415) 436-7018

16                                              JAMIE ANN YAVELBERG
                                                PATRICK KLEIN
17                                              ROBERT CHANDLER
                                                JONATHAN K. HOERNER
18                                              JOHN F. SCHIFALACQUA
                                                A. THOMAS MORRIS
19                                              Civil Division, Fraud Section
                                                175 N Street NE
20                                              Room 9.208
                                                Washington, DC 20002
21                                              Tel: (202) 514-4678
                                                *Attorneys for Plaintiff* UNITED STATES OF
22                                              AMERICA

23

24

25

26

27

28

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

5

1    DATED:  January 27, 2023                J. PATRICK GLYNN
                                             Director, Torts Branch
2                                            BRIDGET BAILEY LIPSCOMB
                                             Assistant Director
3                                            ADAM BAIN
                                             Senior Trial Counsel
4

5                                   By:        /s/ Michele S. Greif
                                             MICHELE S. GREIF
6                                            CAROLINE STANTON
                                             ROSEMARY YOGIAVEETIL
7                                            KENNETH A. PILGRIM
                                             Trial Attorneys
8                                            Civil Division, Environmental Torts
                                             175 N Street NE
9                                            Room 11.204
                                             Washington, DC 20002
10                                           Telephone: (202) 353-2492
11

12                                           *Attorneys for defendant* UNITED STATES OF
                                             AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

6

1

DATED:  January 27, 2023

2

MUNGER, TOLLES & OLSON LLP

3

By:     /s/ *Blanca F. Young*

4

BLANCA F. YOUNG
560 Mission Street, 27th Floor

5

San Francisco, CA 94105-3089
Telephone: (415) 512-4000

6

Facsimile: (415) 512-4077

7

*Attorneys for Defendant* CH2M Hill, Inc.

8

DATED:  January 27, 2023

ZELMS ERLICH & MACK

9

By:     /s/ *Renat K. Erlich*

10

RENAT K. ERLICH
20920 Warner Center Lane, Suite B

11

Woodland Hills, CA 91367
Telephone: (213) 347-9139

12

Facsimile: (818) 999-9155

13

*Attorneys for Defendant* SC&A, INC.

14

DATED:  January 27, 2023

EDLIN GALLAGHER HUIE + BLUM

15

By:     /s/ *Erin K. Poppler*

16

ERIN K. POPPLER
500 Washington Street, Suite 700

17

San Francisco, CA 94111
Telephone: (628) 207-1491

18

Facsimile: (415) 397-1339

19

*Attorneys for Defendant* Perma-Fix Environmental
Services, Inc.

20

DATED:  January 27, 2023

21

FURUKAWA CASTLES LLP

22

By:     /s/ *Bruce Furukawa*

23

BRUCE FURUKAWA
800 Airport Boulevard, Suite 504

24

Burlingame, CA 94010
Telephone: (415) 632-1584

25

Facsimile: (415) 510-2240

26

*Attorneys for Defendant* Cabrera Services, Inc.

27

28

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

7

1
2   DATED:  January 27, 2023

DAVIS WRIGHT TREMAINE LLP

3                                          By:    /s/ Joseph E. Addiego, III
                                                    JOSEPH E. ADDIEGO, III
4                                                   50 California, 23rd Floor
                                                    San Francisco, CA 94111
5                                                   Telephone: (415) 276-6500
                                                    Facsimile: (415) 276-6599
6
                                           *Attorneys for Defendant* Battelle Memorial Institute
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### Civil Local Rule 5-1(i)(3) Attestation

Pursuant to Local Rule 5-1(i)(3), I, Caroline W. Stanton, the ECF filer of this document, hereby attest that I obtained concurrence in the filing of this document from each of the other signatories.


Date:   January 27, 2023

By:     */s/ Caroline W. Stanton*
        Caroline W. Stanton

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

9

1
2

**[PROPOSED] AMENDED PROTECTIVE ORDER**

3  PURSUANT TO STIPULATION, IT IS ORDERED that:

4       Given the remaining volume of material to be produced in a limited amount of time, a Party may

5  not be able to review every document or item for confidentiality prior to production.  To facilitate

6  production, this Amended Protective Order clarifies that documents or certain document collections may

7  be endorsed globally with a confidentiality designation, rather than endorsing only the pages with

8  protected information.  This Order further clarifies that Personally Identifiable Information and

9  information referenced in the Privacy Act, 5 U.S.C. § 552a, is subject to protection in the absence of

10  endorsement.  Therefore, a Party that follows the terms of this Amended Protective Order will not be

11  subject to sanction under the original Stipulated Protective Order, 3:13-cv-03835-JD, ECF No. 174, § 5

12  (Designating Protected Material).

13       **1.  Documents may be marked in their entirety, rather than page by page.**

14       Section 5.2(a) of the Stipulated Protective Order is hereby modified to provide that Documents

15  containing "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information may be produced by

16  endorsing the entire document, rather than the specific page or pages containing Protected Material.

17       A Producing Party may conduct targeted searches to identify documents that are considered

18  likely to contain Protected Material and the search results may be endorsed as "CONFIDENTIAL" or

19  "HIGHLY CONFIDENTIAL" in their entirety without review of each individual document.  At the time

20  of production, the Producing Party shall notify the Receiving Parties of the process it utilized to identify

21  any such collection.  A Producing Party utilizing targeted searches must conduct quality control review

22  and also update and/or refine its targeted search process if and when it becomes aware of Protected

23  Material.  No Party shall make any designations for an improper purpose.

24       **2.  Discovery that contains Personally Identifiable Information and/or information subject to**

25       **the Privacy Act, 5 U.S.C. § 552a may be produced without endorsement.**

26       A Party may produce documents or items containing Personally Identifiable Information ("PII")

27  and information subject to the Privacy Act, 5 U.S.C. 552a, without endorsement.

28

PII is information that can be used to trace or identify an individual.  Such information includes, but is not limited to, social security numbers, personal cell phone numbers, home phones numbers/addresses, personal email addresses, correspondence that discloses medical leave or other personal details, date of birth, graduation dates, conference call lines/attendee codes, and contractor employee names.

PII and Privacy Act information is readily identifiable.  A Party who seeks to use PII or Privacy Act information shall handle such information pursuant to applicable law, local rules, and ECF guidelines, notwithstanding the absence of a confidentiality endorsement.

This Order allows the disclosure of Personally Identifiable Information pursuant to the Privacy Act. *See* 5 U.S.C. § 552a(b)(11).

**3.  Miscellaneous Provisions**

a.  If a Receiving Party determines that it intends to use a document produced pursuant to Section 1 of this Amended Protective Order, that Receiving Party may request that the Producing Party review the document to determine the specific pages that qualify for protection under Section 5 of the Stipulated Protective Order.  The Producing Party shall have 14 days to re-produce that document with the appropriate confidentiality designation affixed to the specific pages subject to protection pursuant to Section 5.2(a) of the Stipulated Protective Order.

b.  Nothing in this Amended Protective Order shall limit a Party's right to conduct pre-production review of Documents as it deems appropriate.  Therefore, a Party may review documents, ESI, or other material for relevance, responsiveness, confidentiality, privileged material and/or protected information before production.

c.  Challenges to the confidentiality of a Party's information should be addressed by the Party claiming confidentiality, regardless of which Party produced the information.

d.  This Amended Protective Order modifies Sections 5.1 and 5.2 of the original Stipulated Protective Order.  The remaining provisions of the original Protective Order remain intact.  Therefore, the provisions in the original Stipulated Protective Order regarding the designation of electronic information that is provided in native form or a format that is not amenable to visible endorsement on the image, the duration of confidentiality obligations, challenges to

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

1   confidentiality designations, access and use of protected material, subpoenas or court orders in

2   unrelated cases, disclosure to federal agencies or Congress, and unauthorized disclosure, remain

3   intact to the extent the provisions are consistent with this Amended Protective Order.

4

5   DATED: _____, 2023

6

7

8   _____
    HON. JAMES DONATO
9   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED AMENDED PROTECTIVE ORDER

12