J. PATRICK GLYNN
Director, Torts Branch
BRIDGET BAILEY LIPSCOMB
Assistant Director
ADAM BAIN
Senior Trial Counsel
MICHELE S. GREIF
CAROLINE W. STANTON
ROSEMARY C. YOGIAVEETIL
ALEX PILGRIM
Trial Attorneys
Civil Division, Torts Branch
P.O. Box 340
Washington, D.C. 20044
Telephone: (202) 353-2492
Email: michele.greif@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CPHP DEVELOPMENT, LLC; HPS DEVELOPMENT CO., LP; HPS2 BLOCK 50, LLC; HPS1 BLOCK 51, LLC; HPS1 BLOCK 53, LLC; HPS1 BLOCK 54, LLC; HPS1 BLOCK 55, LLC; HPS1 BLOCK 56/57 LLC; and LENNAR CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TETRA TECH, INC.; TETRA TECH EC, INC.; UNITED STATES OF AMERICA; and DOES 1-50,<br><br>Defendants. | Case No. 3:20-CV-01485-JD<br><br>Related to No. 3:18-CV-05530-JD<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL MICHELE S. GREIF FOR DEFENDANT UNITED STATES** |

Notice of Withdrawal
Case No. 3:20-cv-01485-JD

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN: PLEASE TAKE NOTICE THAT THE CLERK is hereby requested that Michele S. Greif, currently listed as an attorney of record for the United States, be withdrawn as an attorney of record for the United States. Defendant United States will continue to be represented in this case by counsel listed in the above caption. Therefore, it is respectfully requested that Ms. Greif be removed from the Court's electronic service list for this case.

Respectfully submitted,

Dated: January 31, 2023

J. PATRICK GLYNN
Director, Torts Branch

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch

ADAM BAIN
Senior Trial Counsel

 /s/ Michele S. Greif
MICHELE S. GREIF
D.C. Bar No. 464034
CAROLINE STANTON
ROSEMARY YOGIAVEETIL
ALEX PILGRIM
Trial Attorneys
U.S. Department of Justice
P. O. Box 340
Washington, D.C. 20044
Telephone: (202) 353-2492
michele.greif@usdoj.gov

*Attorneys for Defendant United States*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Department of Justice and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the foregoing Notice of Withdrawal to be served on counsel of record by the Court's Electronic Case Filing System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 31, 2023, in Washington, D.C.

                                                  */s/ Michele S. Greif*
                                                  MICHELE S. GREIF